## Neill et al., Appellants, *v.* Bloch et al.

Argued January 11, 1938. Before Kephart, C. J., Schaffer, Maxey, Drew, Linn, Stern and Barnes, JJ.

*Robert T. McCracken,* with him *Nochem S. Winnet* and *George G. Chandler,* for appellants.

*Joseph B. Winokur,* of *Loewenstein & Winokur,* with him *Evans, Bayard & Frick, Brown & Williams* and *Sundheim, Folz & Sundheim,* for appellee.

*Carlos Berguido, Jr.,* and *Robert Rosenberg,* filed a brief on behalf of Retail Opticians of America, amici curiæ.

OPINION BY MR. JUSTICE SCHAFFER, March 21, 1938:

This case is ruled by *Neill v. Gimbel Brothers, Inc.,* 330 Pa. 213. It is ordered that the decree of the court below be modified as therein directed. Costs to be paid by defendants.

Mr. Justice DREW dissents.